FILED'07 JUL 03 16:01USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CR 93-214-02-RE** |
| | ) | |
| **v.** | ) | **ORDER CONTINUING DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING** |
| | ) | |
| **JAMES KENNETH MUIR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On January 24, 1994, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 57 months to be followed by a 4-year term of supervised release subject to standard and special conditions. The term of supervised release began August 6, 2004.

On June 22, 2007, this Court issued a warrant of arrest and order to show cause why defendant's term of supervised released should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On June 22, 2007, defendant was arrested on the warrant by the U.S. Marshals Service. On June 25, 2007, defendant appeared with counsel before a U.S. Magistrate Judge and was ordered detained pending a hearing before U.S. District Judge James A. Redden for a review of his detention.

On July 3, 2007, defendant appeared with counsel for a review of his detention. The Court

heard arguments by defendant for his release based on new housing opportunities. The U.S. Probation Officer and the government recommended continued detention based upon defendant's relapse with controlled substances and unstable mental health.

The Court orders defendant to remain in custody and scheduled the supervised violation hearing for July 10, 2007. Defense counsel requested with the defendant's permission to obtain defendant's personal property, his wallet and keys. Defendant's personal property of keys and wallet was provided by the U.S. Probation Office to defense counsel.

**DATED** this 3d day of July, 2007.

The Honorable James A. Redden
U.S. District Judge